# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **In re:** | : |
| | : |
| **Reginald J. Hester** | : Case No.: **19-27965** |
| | : **Chapter 13** |
| **Debtor.** | : **Judge Timothy A. Barnes** |
| | : * * * * * * * * * * * * * * * * * * * * |
| | : |

## NOTICE OF MOTION

TO: See attached list.

    PLEASE TAKE NOTICE that on <u>October 15, 2020</u>, at <u>01:30p.m.</u>, I will appear before the Honorable Judge Timothy A. Barnes, or any judge sitting in that judge's place, and present a <u>Motion for Relief from Stay</u>, a copy of which is attached.

    **This motion will be presented and heard telephonically.** No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.CourtSolutions.com or by calling Court Solutions at (917) 746-7476.

    **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

                                            JPMorgan Chase Bank, N.A.

                                            By: /s/ Todd J. Ruchman
                                            Todd J. Ruchman (6271827)
                                            Manley Deas Kochalski LLC
                                            P.O. Box 165028
                                            Columbus OH 43216-5028
                                            Contact email is tjruchman@manleydeas.com

19-037017_LMS1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached motion upon the parties listed below, by causing same to be mailed in a properly addressed envelope, postage prepaid, on the below listed date, unless a copy was provided electronically by the Clerk of the Court.

Date  9/25/2020                                  /s/ Todd J. Ruchman
                                                 Signature

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL  60604, courtdocs@chi13.com

David M Siegel, Attorney for  Reginald J. Hester, David M. Siegel & Associates, 790 Chaddick Drive, Wheeling, IL  60090, davidsiegelbk@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on September  25 , 2020:

Reginald J. Hester, 9413 S. 79th Court, Apt 2N, Hickory Hills, IL  60457

19-037017_LMS1

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | |
| Reginald J. Hester | Case No.: 19-27965 |
| | Chapter 13 |
| Debtor. | Judge Timothy A. Barnes |
| | * * * * * * * * * * * * * * * * * * * * |

**MOTION OF JPMORGAN CHASE BANK, N.A. FOR RELIEF FROM THE AUTOMATIC STAY REGARDING THE PERSONAL PROPERTY KNOWN AS 2019 HYUNDAI SONATA, VIN # 5NPE34AF7KH808407**

JPMorgan Chase Bank, N.A. (the "Creditor"), by and through the undersigned counsel, files this Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. § 362 and other sections of Title 11 of the United States Code, and under Federal Rules of Bankruptcy Procedure 4001 and 6007 for an order conditioning, modifying, annulling, or dissolving the automatic stay, averring as follows.

**MEMORANDUM IN SUPPORT**

1. The Court has jurisdiction over this matter under 28 U.S.C §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2). The venue of this case and this Motion is proper under 28 U.S.C. §§ 1408 and 1409.

2. On or about September 3, 2019, Reginald Hester (the "Debtor") obtained a loan from JPMorgan Chase Bank NA in the amount of $30,153.36 for the purchase of a 2019 Hyundai Sonata VIN # 5NPE34AF7KH808407 ("Collateral"). Debtor agreed to make periodic payments to JPMorgan Chase Bank NA. Such loan was evidenced by a Retail Installment Contract - Simple Finance Charge (with Arbitration Provision), a copy of which is attached hereto as Exhibit A (the "Contract").

1

19-037017_LMS1

3. To secure payment of the Contract, Creditor or Creditor's predecessor-in-interest properly perfected its security interest in the Collateral by delivering the existing State of Illinois Certificate of Title of a Vehicle or the application for a State of Illinois Certificate of Title of a Vehicle containing the name and address of the lienholder and the required fee to the Illinois Secretary of State pursuant to 625 ILCS 5/3-202. A copy of the State of Illinois Certificate of Title of a Vehicle is attached hereto as Exhibit B (the "Title").

4. Creditor believes the value of the Collateral $19,875.00 based upon NADA Clean Retail Value, dated September 21, 2020, a copy of which is attached hereto as Exhibit C.

5. On October 2, 2019, Debtor filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code ("Petition").

6. Post-petition payments have been received, therefore a post-petition payment history is attached as Exhibit D.

7. Debtor has failed to make post-petition payments for the past 4 months as of September 21, 2020 and is in default in the amount of $2,301.18.

8. As of September 21, 2020, there is currently due and owing on the Contract the outstanding principal balance of $28,507.53, plus interest accruing thereon at the rate of 10.99% per annum from May 18, 2020.

9. Creditor seeks relief from the automatic stay pursuant to 11 U.S.C. § 362(d) to proceed under applicable nonbankruptcy law to enforce its remedies to repossess and sell the Collateral.

10. Creditor is entitled to relief from the automatic stay for the following reason(s):

    a. Creditor lacks adequate protection of its secured interest in the Collateral pursuant to 11 USC § 362(d)(1) as a result of Debtor's failure to make payments when due.

19-037017_LMS1

    b.  Debtor has no equity in the Collateral, and the Debtor does not need the Collateral for an effective reorganization pursuant to 11 USC § 362(d)(2). Debtor's outstanding total balance of $28,984.34 exceeds the value of the Collateral. Based upon the lack of equity in the Collateral, Creditor asserts that the Collateral is burdensome and/or of inconsequential value and benefit to the estate.

WHEREFORE, JPMorgan Chase Bank, N.A. respectfully requests this Honorable Court to enter an order terminating the Automatic stay as it affects the interests of JPMorgan Chase Bank, N.A. in the Collateral, and granting such other relief as this Honorable Court may deem just.

Respectfully submitted,

/s/ Todd J. Ruchman
_____
Todd J. Ruchman (6271827)
Keith Levy (6279243)
Sarah E. Barngrover (28840-64)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Umair M. Malik (6304888)
Stephen R. Franks (0075345)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Todd J. Ruchman.
Contact email is tjruchman@manleydeas.com

3

19-037017_LMS1

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Motion of JPMorgan Chase Bank, N.A. for Relief from the Automatic Stay regarding the Personal Property known as 2019 Hyundai Sonata, VIN # 5NPE34AF7KH808407 was served on the parties listed below via e-mail notification:

- Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

- Trustee, Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL  60604, courtdocs@chi13.com

- David M Siegel, Attorney for Reginald J. Hester, David M. Siegel & Associates, 790 Chaddick Drive, Wheeling, IL  60090, davidsiegelbk@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on __September 25__, 2020:

- Reginald J. Hester, 9413 S. 79th Court, Apt 2N, Hickory Hills, IL  60457

/s/ Todd J. Ruchman

4

19-037017_LMS1